Doetsch Bros. Co., Plaintiff-Appellant, *v.* Budron Excavating Co., Defendant-Appellee.

(No. 57180;

First District (5th Division)—March 2, 1973.

PER CURIAM.

George R. Lyon, of Chicago, for appellant.

Theodore G. Gertz, of Pretzel, Stouffer, Nolan & Rooney, of Chicago, (Joseph B. Lederleitner, of counsel,) for appellee.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Elbert Kite, Defendant-Appellant.

(No. 57242;

First District (5th Division)—March 2, 1973.